USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 4/7/11

ORIGINAL

JUDGE KAPLAN'S C...

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA       :

    -v-     :     NOLLE PROSEQUI

BUNMI ODUNAIKE,       :     06 Cr. 322 (LAK)

    Defendant.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    1.    The filing of this nolle prosequi will dispose of this case with respect to the defendant BUNMI ODUNAIKE.

    2.    Indictment 06 Cr. 322 (LAK) was filed April 10, 2006, charging defendant ODUNAIKE with conspiracy to commit access device fraud, in violation of 18 U.S.C. § 1029. ODUNAIKE was arrested in or about April 2010.

    3.    On or about July 12, 2010, and in the interests of justice, ODUNAIKE and the Government entered into a deferred prosecution agreement. The terms of the agreement provided that the Government would dismiss the charges against ODUNAIKE should she successfully demonstrate her good conduct during an agreed upon period of time of six months; during this period of time, the prosecution would be deferred. ODUNAIKE has now successfully completed the period during which her prosecution was deferred, and has demonstrated her good conduct.

4. Based upon the foregoing, and in the interests of justice, I recommend that an order of nolle prosequi be filed as to defendant ODUNAIKE with respect to Indictment 06 Cr. 322 (LAK).

*[signature]*
Jonathan S. Kolodner
Assistant United States Attorney
Telephone Number: (212) 637-2561

Dated: New York, New York
       March 8, 2011

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of nolle prosequi be filed as to defendant BUNMI ODUNAIKE with respect to Indictment 06 Cr. 322 (LAK).

By: *[signature]*
Acting United States Attorney
Pursuant to 28 C.F.R. §0.136
PREET BHARARA
United States Attorney
Southern District of New York

Dated: New York, New York
       March 15, 2011

SO ORDERED:

*[signature]*
LEWIS A. KAPLAN
United States District Judge
Southern District of New York

Dated: New York, New York
       March ____, 2011
       April 7